**United States District Court**
For the Northern District of California

*E-FILED 06-23-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFRED R. MONTANO, MARY R. MONTANO, | No. C10-01536 HRL |
| Plaintiffs, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMERICAN HOME MORTGAGE CORP. dba AMERICAN BROKERS CONDUIT, et al., | |
| Defendants. | |

This matter is set for an initial case management conference on June 29, 2010. However, the parties have failed to file a Joint case Management Statement as required by Civil Local Rule 16-9. Additionally, defendants have not yet consented or declined to proceed before a United States Magistrate Judge.

Accordingly, the initial case management conference is **continued to July 13, 2010, 1:30 p.m.** The parties shall file a Joint Case Management Statement no later than **July 6, 2010**. Failure to timely file that statement (or a separate statement if opposing counsel fails to participate in preparation of a statement) may result in sanctions and, possibly, an order to show cause why the case should not be dismissed (or default entered if it is the defendant who fails to file a statement) for failure to prosecute (or defend) the action.

Additionally, **no later than July 6, 2010**, defendants shall file either a consent or declination to proceed before a United States Magistrate Judge. The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated:   June 23, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1  5:10-cv-01536-HRL Notice has been electronically mailed to:

2  William Blackford Look , Jr    look_mtr@sbcglobal.net, look_crml@montereybay.com

3  T. Robert Finlay:  rfinlay@wrightlegal.net,ggrant@wrightlegal.net

4  Robert Betuel Norum:   bnorum@wrightlegal.net

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California

3