1

2                                        *E-FILED 01-19-2011*

3

4

5

6

7                              NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11   ALFRED R. MONTANO, MARY R.              No. C10-01536 HRL
     MONTANO,
12
                 Plaintiffs,                 **ORDER DISMISSING CASE**
13
         v.
14
     AMERICAN HOME MORTGAGE CORP. dba
15   AMERICAN BROKERS CONDUIT, et al.,

16               Defendants.
                                            /
17   _____

18        Plaintiffs filed this suit in February 2010 for alleged violations of federal and state law

19   in connection with their home mortgage.  The matter subsequently was removed[1] here and has

20   been continued several times because the court is informed that the parties have been discussing

21   a possible loan modification, which might resolve this case.

22        At the third case management conference, held on November 16, 2010, plaintiffs stated

23   that they would dismiss this action in order to allow the loan modification negotiations to

24   proceed more quickly.  (Plaintiffs' counsel previously suggested that the parties should deal

25   with one another directly, rather than through litigation counsel, with respect to the potential

26   loan modification.  Defendants, however, were unwilling to do so while this lawsuit remained

27

28        [1]    The record indicates that none of the defendants have been formally served
     with the summons and complaint.  (*See* Docket No. 1, Notice of Removal at 3).  However,
     plaintiffs and all defendants who have appeared before the court have consented that all
     proceedings in this matter may be heard and finally adjudicated by the undersigned.  28
     U.S.C. § 636(c); FED. R. CIV. P. 73.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   pending).  The only question was whether defendants would agree to waive any fees and costs

2   incurred.  The matter was then continued to January 11, 2011 for a further case management

3   conference, to allow defense counsel time to confer with his clients.  Assuming the case was not

4   dismissed, the parties were directed to file an updated status report by January 4, 2011.

5         No dismissal was filed.  And, although no updated status report was filed either, this

6   court held a further case management conference on January 11, 2011.  Defendants appeared at

7   that conference and advised that they agree to a dismissal, with the parties to bear their own fees

8   and costs.  They further stated that they informed plaintiffs of that agreement several weeks

9   beforehand.  Plaintiffs, however, failed to appear at the conference.  And, as noted above, no

10  dismissal was filed.  This court then issued an order directing plaintiffs' counsel to appear and

11  show cause why this case should not be dismissed.

12        Plaintiffs' counsel failed to appear as ordered.  He instead filed a written response to the

13  show cause order, stating that his clients have been ignoring his correspondence.

14        This matter has been pending for nearly one year, during which time no significant

15  activity has occurred in the litigation—and indeed, both sides have disclaimed any interest in

16  proceeding with the lawsuit while the loan modification discussions continue.  Accordingly, this

17  court finds that plaintiffs have not shown good cause in response to its January 11, 2011 order.

18  And, because this court is informed that dismissal may help to expedite the progress of

19  plaintiffs' loan modification negotiations, this case is hereby dismissed without prejudice, each

20  side to bear its own fees and costs.

21        The clerk shall close the file.

22        SO ORDERED.

23  Dated:    January 19, 2011

24  _____

25  HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

26

27

28

1   5:10-cv-01536-HRL Notice has been electronically mailed to:

2   Robert Betuel Norum     bnorum@wrightlegal.net

3   T. Robert Finlay     rfinlay@wrightlegal.net, ggrant@wrightlegal.net

4   William Blackford Look , Jr     look_mtr@sbcglobal.net, look_crml@montereybay.com

5   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California